# United States District Court
## Northern District of Illinois
### Eastern Division

IN RE: VIRGIL F. LIPTAK, d/b/a
DESIGNED FINANCIAL SERVICES

v.

**JUDGMENT IN A CIVIL CASE**

Case Number: 04 C 2147

JUDGE GUZMAN

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court.

IT IS HEREBY ORDERED AND ADJUDGED that the court grants Elizabeth Thornhill's Motion to Dismiss the Bankruptcy Appeal for Lack of Jurisdiction, to the extent that Liptak appeals from the bankruptcy court's February 19, 2004 order, the Court affirms the bankruptcy court's denial of the Motion for Extension of Time for an Appeal and Motion for Stay Pending Appeal. Because this appeal lacks merit and for other relevant reasons, the Court in its discretion denies Liptak's Motion to Transfer Venue and for a Stay Pending Appeal.

DOCKETED
NOV - 1 2004

Michael W. Dobbins, Clerk of Court

Date: 10/28/2004

Sonya Banks, Deputy Clerk